# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN R. ROUCHER

VERSUS

ASBESTOS CORPORATION, LTD.,
ET AL.

NO.  2019 CW 1593

**MARCH 16, 2020**

---

In Re:    Foster Wheeler, LLC, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 73475.

---

**BEFORE:  WHIPPLE, C.J., McDONALD, THERIOT, CHUTZ, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide the filed notice of intent and order setting return date in violation of Uniform Rules of Louisiana Courts of Appeal Rule 4-5(11) and, therefore, this court cannot ascertain whether the writ application was timely filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely filed, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before April 14, 2020, and must contain a copy of this ruling.

**VGW**
**MRT**
**AHP**

**McDonald and Chutz, JJ.,** dissent and would reverse the trial court's judgment which granted plaintiff's motion to strike the jury demand. The right of a litigant to a jury trial is fundamental in character, and the courts will indulge every presumption against a waiver, loss, or forfeiture thereof. **Alkazin v. City of Baton Rouge,** 97-0738 (La. App. 1st Cir. 11/7/97), 705 So.2d 208, 211. The relator timely filed its demand for a jury trial in its answer to the plaintiffs' fourth and fifth supplemental and amending petitions pursuant to La. Code Civ. P. art. 1733(C).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT